Laura Martin, Respondent, v. New Metropolitan Fiction, Inc., Appellant. — Judgment reversed on the law, with costs, and complaint dismissed, with costs, on the authority of *Binns* v. *Vitagraph Co.* (210 N. Y. 51). Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

Elda A. Baird, Respondent, v. Myron G. Lockrow, Appellant. Myron Lockrow, Appellant, v. Elda Baird, Respondent. Peggy Sicley, Respondent, v. Myron G. Lockrow, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Application of Herman Weitz, Petitioner, for a Certiorari Order against George S. Van Schaick, as Superintendent of Insurance of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

Edward L. O'Brien, Respondent, v. Capitol District Transportation Co., Inc., Appellant.— Judgment and orders unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

In the Matter of the Application of Public Service Interstate Transportation Co., Inc., Appellant, for a Certiorari Order against Public Service Commission of the State of New York, State Division, Respondent. Tappan and Nyack Bus, Inc., Intervenor, Respondent.— Order modified so as to include in the return the report prepared by the assistant counsel to Commission, who conducted the hearings, and as so modified affirmed, without costs, this order being granted in the discretion of the court, and this decision applies only to this case. Van Kirk, P. J., Hill, McNamee and Crapser, JJ., concur; Rhodes, J., dissents on the ground that the matter ordered to be included should be excluded as matter of law. [See 236 App. Div. 753, 769, 863.]

In the Matter of the Application of John D. Neary, Petitioner, for a Certiorari Order against Thomas M. Lynch, as Commissioner of Taxation and Finance of the State of New York, Respondent.— Determination unanimously confirmed. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

C. I. T. Corporation, Appellant, v. D. Lewis Construction Company, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

Ralph Rice, an Infant, by Ralph E. Rice, Guardian ad Litem, Respondent, v. Copeland Products, Inc., and Fiske Supply Co., Inc., Appellants, and Another, Defendant.— Judgment and order reversed on the facts on the ground that the amount of the verdict is against the weight of the evidence, and the damages are excessive, and new trial granted, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the verdict to $5,000, in which case the judgment is so modified and as modified the judgment and order are affirmed. Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ., concur.

Ralph E. Rice, Respondent, v. Copeland Products, Inc., and Fiske Supply Co., Inc., Appellants, and Another, Defendant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.